371 A.2d 228

Commonwealth v. Harmon, Appellant.

Submitted June 14, 1976. William F. Ochs, Jr., Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and Robert L. VanHoove, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

364 A.2d 956

Commonwealth v. Hawkins, Appellant.

Submitted April 12, 1976. Larry J. O'Toole, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Louis R. Paulick, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.